Dismissed and Memorandum Opinion filed November 17, 2005









Dismissed and Memorandum Opinion filed November 17,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00529-CV

____________

 

R. K. DHINGRA, TRUSTEE, ET AL., Appellants

 

V.

 

LAGUNA TOWNHOMES COMMUNITY
ASSOCIATION OF HOUSTON, INC., Appellee

 



 

On Appeal from the
County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause
No. 820,865

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 22, 2005.

On November 10, 2005, appellants filed a motion to dismiss
the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed November 17, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore.